IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XAVIER A. COLLINS,

    Petitioner,               No. CIV S-08-0504 GEB KJM P

    vs.

A. HEDGPETH, Warden,

    Respondent.          ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner has requested that the court hold an evidentiary hearing on his underlying petition. Because no response to the petition has been filed yet, this request is premature.

        Accordingly, IT IS HEREBY ORDERED that

        1. Petitioner's request for appointment of counsel (docket no 11) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

/////

2. Petitioner's request for an evidentiary hearing (docket no. 12) is denied without prejudice.

DATED: June 5, 2008.

_____
U.S. MAGISTRATE JUDGE

2/ke
coll0504.110